# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM D. BEGIN and GINNY BEGIN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 15-CV-830-SMY-DGW |
| ) | |
| AIR & LIQUID SYSTEM ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

**YANDLE, District Judge:**

Pending before the Court is the Joint Motion to Dismiss Counts IV and V of Plaintiffs' Complaint (Doc. 201). The Motion is **GRANTED**. Counts IV and V of Plaintiffs' Complaint is **DISMISSED without prejudice** as to Defendants Air &Liquid Systems Corporation, Certainteed Corporation, Dana Companies, LLC, Riley Stoker Corporation, IMO Industries, Inc., Warren Pumps, LLC, Taco, Inc., and Viking Pump, Inc. Accordingly, the Court **MOOTS** the pending motions to dismiss Counts IV and V filed by these Defendants (Docs. 122, 123, 126, 128, 129, 130, 131, and 134).

**IT IS SO ORDERED.**

**DATED: October 26, 2015**

**s/ Staci M. Yandle**
**STACI M. YANDLE**
**United States District Judge**